HENRY N. MOELLER, Individually and as Surviving Executor, etc., of HENRY MOELLER, Deceased, and Others, Respondents, v. AMERICAN SURETY COMPANY OF NEW YORK, Appellant, ANITA MOELLER THOMAN (Formerly ANITA VON B. MOELLER), Individually, Respondent, and as Administratrix with the Will Annexed of the Estate of PAULINE VON B. MOELLER, Deceased, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 430 E. 138TH STREET CORP., Respondent, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOHN MACK, Respondent, v. SOUTH BROOKLYN RAILWAY COMPANY, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MARIE L. LENT, as Executrix, etc., of FREDERICK G. PRINGLE, Deceased, Respondent, v. HERBERT J. ROHRBACH, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

DAVID FELD and JULIUS FELD, Appellants, v. WILLIAM H. MORSE and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT B. KURTZ, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ERNEST E. FRANKLE, Respondent, v. B. M. LAURITSEN & Co., INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of a copy of order with notice of entry thereof on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY LOMBARDI, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

WANETA W. STROUT, Appellant, v. CROSS, AUSTIN & IRELAND LUMBER COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [175 Misc. 826.]

CHARLES SCHWARTZ and Others, Copartners under the Firm Name and Style of SCHWARTZ & FROHLICH, Respondents, v. IRA GUILDEN, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiffs stipulate to reduce the judgment as entered to the sum of $3,649.26; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.